STATE OF NEW JERSEY v. THEODORE G. HAMMOND.

January 10, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. ROCHELLE KELLY.

January 10, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. MICHAEL J. KOLBS.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN R. CALIA.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL J. AGAOGLU.

January 10, 1989.

Petition for certification denied.